LAW OFFICES OF

# JASON L. ABELOVE

666 OLD COUNTRY ROAD
SUITE 301
GARDEN CITY, NEW YORK 11530

TELEPHONE: 516-222-7000
E-MAIL: jason@jasonabelove.com

FACSIMILE: 516-222-1713
WWW.JASONABELOVE.COM

March 26, 2013

**VIA ECF**

Honorable Gary R. Brown
United States District Court
Eastern District of New York
Central Islip, New York 11722

> Re: Gabriele v. County of Nassau, et al.
> CV-12-1122 (ADS) (GRB)

Dear Judge Brown:

This letter is to request a conference with respect to the above referenced matter. Please recall, the parties appeared before you on January 31, 2013 for a settlement conference. With your assistance over several hours, the matter was resolved. The Defendants agreed to circulate a settlement agreement and release and the matter was to be discontinued within 30 days.

To date, I received a draft agreement only from the County with respect to the proceeds the County has agreed to pay under the settlement. There are no documents with respect to the remainder of the settlement proceeds. I spoke with Ms. Frome, who advised me to wait until I received one master agreement which obligates all Defendants to pay the agreed upon sums. To date, I have not received any such agreement and my client has not received the settlement proceeds.

Accordingly, this letter is to request the Court schedule a conference wherein settlement agreements and proceeds can be scheduled and paid, or, in the alternative, to place the matter on the active matter schedule so discovery may proceed.

Thank you for your consideration of this request.

Very truly yours;
/s

Jason L. Abelove

JLA:sb