**EDWARD P. MANGANO**
County Executive



**JOHN CIAMPOLI**
County Attorney

LIORA M. BEN-SOREK
Deputy Bureau Chief

**COUNTY OF NASSAU
OFFICE OF THE COUNTY ATTORNEY
One West Street
Mineola, New York 11501-4820
PHONE: 516-571-3056
FAX: 516-571-3058**
WRITER'S DIRECT LINE: 516-571-3014

April 11, 2013

<u>**Via ECF**</u>

Hon. Gary R. Brown
United States District Court
Eastern District of New York
P.O. Box 9014
Central Islip, New York 11722

      Re:    <u>Gabriele v. County of Nassau, et al.
               CV-12-1122 (ADS) (GRB)</u>

Dear Judge Brown:

      This office represents the County of Nassau and the Nassau County Police Department in the above-referenced action which was dismissed subject to the terms of a settlement agreement on February 8, 2013 (DE 23). Pursuant to the Court's Electronic Order issued this date, the within constitutes the County Defendants' report on the status of this matter.

      On January 31, 2013 the parties appeared at a Settlement Conference. Following extensive discussions and assistance from the Court, the parties reached a settlement, the details of which were placed on the record and sealed.

      On February 4, 2013 Plaintiff's counsel communicated with the undersigned by e-mail essentially asking how the parties were to proceed and consummate the settlement. In a responsive e-mail, also dated February 4, 2013, I advised Mr. Abelove of my understanding that each of the defendants would be furnishing him with separate settlement agreements and releases.

   Subsequently, on February 15, 2013, I sent to Mr. Abelove via e-mail a proposed settlement agreement, which contains a general release incorporated within the document, together with a Request for Taxpayer ID form which he and his client needed to complete and return.

   To date, our office has not received any executed settlement documents from the Plaintiff. As far as the County Defendants are concerned, they remain ready to complete the settlement process but first require Plaintiff to return the executed Settlement Agreement and Taxpayer ID forms.

   It is hoped that the within provides the Court with the information it seeks in assessing the status of this matter. Should the Court require further information, same shall be immediately furnished.

            Respectfully submitted,

             *Liora M. Ben-Sorek*
             Liora M. Ben-Sorek
             Deputy County Attorney

cc:  Jason Abelove, Esq. (Via ECF)
    Paula Frome, Esq. (Via ECF)