JAMES O. DRUKER*
HONORABLE JOHN L. KASE (Ret.)
ELIZABETH S. KASE
SCOTT M. DRUKER

COUNSEL
PAULA SCHWARTZ FROME
ALAN G. KRAUT

* (MEMBER N.Y., MASS. & FLA BAR)

DRUKER P.C.
KASE LAW P.C.

**Kase & Druker**
*Counsellors at Law*
1325 Franklin Avenue
Suite 225
Garden City, N.Y. 11530

(516) 746-4300
FAX NO. (516) 742-9415

WESTCHESTER OFFICE
136 PALMER AVENUE
MAMARONECK, N.Y. 10543
(914) 834-4600

SARASOTA OFFICE
JAMES O. DRUKER
408 GULF OF MEXICO DRIVE
LONGBOAT KEY, FLORIDA 34228
(941) 383-3500

April 19, 2013

Hon. Gary R. Brown
United States Magistrate Judge
Eastern District of New York
United States Courthouse
P.O. Box 9014
Central Islip, New York 11722

    Re:  Gabriele v. County of Nassau, et. al.
       CV-1201122 (ADS) (GRB)

Dear Judge Brown:

  This office represents William Joie, one of the defendants in the above-captioned case. Pursuant to the Court's order, this constitutes defendant Joie's report on the status of this matter.

  On April 17, 2013, I forwarded a settlement agreement to Mr. Abelove. Once we have received a signed agreement, we can proceed to finalize the settlement.

          Very truly yours,

          PAULA SCHWARTZ FROME

cc (via ECF): Liora Ben Sorek
       Jason Abelove