LAW OFFICES OF

# JASON L. ABELOVE

666 OLD COUNTRY ROAD
SUITE 301
GARDEN CITY, NEW YORK 11530

TELEPHONE: 516-222-7000     FACSIMILE: 516-222-1713
E-MAIL: jason@jasonabelove.com     WWW.JASONABELOVE.COM

April 19, 2013

**VIA ECF**

Honorable Gary R. Brown
United States District Court
Eastern District of New York
Central Islip, New York 11722

    Re:    Gabriele v. County of Nassau, et al.
            CV-12-1122 (ADS) (GRB)

Dear Judge Brown:

    This letter shall reference the conference call scheduled by the Court for April 22, 2013 at 2:30 p.m. This letter is to advise the Court that I have received a draft settlement agreement, and accordingly, I withdraw my request for a pre-motion conference.

    I thank the Court for its assistance in helping resolve this matter.

                            Very truly yours;
                            /s

                            Jason L. Abelove

JLA:sb

cc:    Paula Schwartz Frome, Esq. (via ECF)
        Liora Ben-Zorek, Esq. (via ECF)